UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | CIVIL NO.: |
| v. : | |
| THIRTEEN (13) $100.00 RUTH'S CHRIS STEAK HOUSE GIFT CARDS, : | |
| Defendant. : | |
| [CLAIMANT: GEORGE DOBUZINSKY] : | July 10, 2017 |

<u>VERIFIED COMPLAINT OF FORFEITURE</u>

Plaintiff, United States of America, by and through its attorneys, Deirdre M. Daly, United States Attorney for the District of Connecticut, and John B. Hughes, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

<u>NATURE OF THE ACTION</u>

1.  This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Thirteen (13) $100.00 Ruth's Chris Steak House Gift Cards for violations of 18 U.S.C. §§ 981(a)(1)(C), 18 U.S.C. § 1349, and 28 U.S.C. § 2461(c).

<u>THE DEFENDANT IN REM</u>

2.  The defendants are identified as follows: Thirteen (13) $100.00 Ruth's Chris Steak House Gift Cards. ("Defendant Gift Cards").

3.  The Defendant Gift Cards are currently in the custody of the Federal Bureau of Investigation.

1

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Gift Cards. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Gift Cards under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Gift Cards pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The Defendant Gift Cards are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of property which constitutes or is derived from proceeds traceable to any listed violation of law or any offense constituting "specified unlawful activity," or a conspiracy to commit such offense, and 18 U.S.C. § 1349, which provides for the forfeiture of proceeds traceable to a conspiracy to commit wire fraud.

## STIPULATED FORFEITURE AGREEMENT

8. The United States and the Claimant, George Dobuzinsky, have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture of the Defendant Gift Cards.

WHEREFORE, the United States of America prays that the Warrant of Arrest In Rem for the Defendant Gift Cards be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Gift Cards to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/ John B. Hughes
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION
FEDERAL BAR NO.: ct05289
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700

## DECLARATION

I am a Special Agent of the Federal Bureau of Investigation and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of July, 2017

                                                /s/ Derek J. Goguen  
                                                DEREK J. GOGUEN  
                                                SPECIAL AGENT  
                                                FEDERAL BUREAU OF INVESTIGATION