UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. |
| Thirteen gift certificates to Ruth's Chris Steakhouse, each in the amount of approximately $100 | : |
| [CLAIMANT: GEORGE DOBUZINSKY] | : |

STIPULATED FORFEITURE AGREEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the PLAINTIFF and the CLAIMANT, GEOREGE DOBUZINSKY ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-captioned forfeiture matter upon the terms and conditions set forth below:

1. CLAIMANT hereby warrants that he is the sole owner of the defendant property listed above, which were seized by agents of the Federal Bureau of Investigation from the defendant's residence during execution of a search warrant on November 8, 2013, and further states that he claims exclusive right, title and interest in and to the defendant property.

2. CLAIMANT agrees to the forfeiture of all of the above-listed defendant property to the United States of America, to be disposed of according to law.

3. Although CLAIMANT is not aware of any other persons or entities who could claim any valid right, title, or interest in and to the defendant property, CLAIMANT agrees to take all steps that may be requested to help convey clear title to the United States in the defendant property, to share truthful information with agents and representatives of the United States about any facts and claims concerning the defendant property, and to testify truthfully in any judicial forfeiture proceeding concerning the defendant property, if requested.

4. CLAIMANT further agrees that neither he nor any current or future officers, agents, representatives, subrogees, assigns or successors of CLAIMANT shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of the defendant property to the UNITED STATES as provided in Paragraph 2 above. CLAIMANT further waives the requirements of Supplemental Rule G regarding direct notice to Claimant, and consents to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

5. CLAIMANT further releases and forever discharges the United States of America, the Federal Bureau of Investigation and their officers, agents, servants, and employees, and their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever, in law or equity, which CLAIMANT and CLAIMANT's heirs, successors, or assigns ever had, now have, or may in the future have in connection with the seizure, detention, forfeiture, and release by the United States of America of the defendant property.

6. CLAIMANT further agrees to hold and save the United States of America, the Federal Bureau of Investigation, and their officers, agents, servants, and employees, and their heirs, successors, or assigns, harmless from any claims by any others, including costs and expenses for

or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, forfeiture, and release of the defendant property.

7. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

8. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

6/9/17
DATE

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct 16324
450 Main Street
Hartford, CT 06103
(860) 947-1101

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

4/6/2017
DATE

DANIEL ERWIN / NORMAN PATTIS
COUNSEL FOR GEORGE DOBUZINSKY

3/18/2017
DATE

GEORGE DOBUZINSKY
CLAIMANT

- 3 -